UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**TERESA MAYER,**

      **Plaintiff,**

VS.                                                          NO. 13-2243-Ma

**LIBERTY MUTUAL INSURANCE COMPANY, a/k/a Liberty Assurance Company of Boston,**

      **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed September 15, 2014.  Each party to bear its own costs and fees.


**APPROVED:**


  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


  *September 15, 2014*                     THOMAS M. GOULD
DATE                                       CLERK

                                            *s/ Zandra Frazier*